

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.:

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

HILDA R. ALLEN,

   Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes __✓__ No

          Respectfully submitted,

          THOMAS E. SCOTT
          UNITED STATES ATTORNEY

     BY: MARY F. DOOLEY
          ASSISTANT U.S. ATTORNEY
          99 N.E. 4TH STREET
          Suite 300
          Miami, FL 33132
          Tel No. (305) 961-9376
          Fax No. (305) 530-7195
          Bar No. A5500282

DATED __1/14/00__



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

CASE NO.:

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

HILDA R. ALLEN,

       Defendant.
_____/

**CIVIL COMPLAINT COVER SHEET**

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?_____Yes ___✓___No

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

       BY:  MARY F. DOOLEY
            ASSISTANT U.S. ATTORNEY
            99 N.E. 4TH STREET
            Suite 300
            Miami, FL 33132
            Tel No. (305) 961-9376
            Fax No. (305) 530-7195
            Bar No. A5500282

DATED ___1/14/00___