**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-06077-CIV-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HILDA R. ALLEN,

    Defendant,

_____/

**ORDER**

Plaintiff United States of America, having submitted a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1), Fed.R.Civ.P., to dismiss this case without prejudice, and this Court having reviewed the record, and being fully appraised in the premises, it is hereby

ORDERED this case is dismissed without prejudice; and it is further

ORDERED that the Clerk of the Court is instructed to close this case

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 21st day of March, 2000.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc: Mary F. Dooley, AUSA